**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6376**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLODOALDO FAUSTINO SALAS,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Graham C. Mullen, Chief District Judge.  (CR-93-12-MU)

―――――――――

Submitted:  June 21, 2001                Decided:  June 29, 2001

―――――――――

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Clodoaldo Faustino Salas, Appellant Pro Se.  Jerry Wayne Miller, United States Attorney, Asheville, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clodoaldo Faustino Salas seeks to appeal the district court's order denying in part his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] See <u>United States v. Salas</u>, No. CR-93-12-MU (W.D.N.C. Feb. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Salas' claim that his sentence is not proper in light of the rule announced in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), is without merit. We recently held in <u>United States v. Sanders</u>, 247 F.3d 139 (4th Cir. 2001), that the new rule announced in <u>Apprendi</u> is not retroactively applicable to cases on collateral review.